CRIMINAL CASE INFORMATION SHEET          2:24-cr-10

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. _X_ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Robert Bookshar

Is indictment waived:     ___ Yes     _X_ No

Pretrial Diversion:       ___ Yes     _X_ No

Juvenile proceeding:      ___ Yes     _X_ No

Defendant is:             _X_ Male    ___ Female

Superseding indictment or information    ___ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ___ is in custody | _X_ is not in custody |
| Name of Institution: | | |
| Custody is on: | ___ this charge | ___ another charge |
| | ___ another conviction | |
| | ___ State | ___ Federal |
| Detainer filed: | ___ yes | ___ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 20 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Robert Bookshar | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. §§ 2251(a) and (e) | Production and Attempted Production of Material Depicting the Sexual Exploitation of a Minor | X | |
| 5-19 | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Receipt and Attempted Receipt of Material Depicting the Sexual Exploitation of a Minor | X | |
| 20 | 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | Possession of and Access with Intent to View Material Depicting the Sexual Exploitation of a Minor | X | |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   January 23, 2024         /s/Heidi M. Grogan
                                 HEIDI M. GROGAN
                                 Assistant U.S. Attorney
                                 PA ID No. 203184